UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Junior M. RICKETTS
  Petitioner,

v.

Charles MULE,
Facilities Director, Buffalo Federal
Detention Facility;
David VENTURELLA,
Director, Post-Order Detention Unit,
Bureau of Immigration and Customs
Enforcement;
Peter J. SMITH,
District Director, U.S. Citizenship and
Immigration Services:
Alberto GONZALES,
Attorney General of the United States

  Respondent

Civil Action No. 07 CV 0138

Immigration File No: A 27-024-434

**Motion to Proceed in Forma Pauperis**

---

MOTION FOR PERMISSION TO PROCEED IN FORMA PAUPERIS

I, Junior M. Ricketts the petitioner in the above-captioned case, hereby moves for permission to pursue his Habeas Corpus in *forma pauperis*. Petitioner does not have the financial resources to pay the filing fee..

In support of my motion to proceed without being required to prepay fees, cost, or gives security therefor, I state that because of my poverty I am

1

unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses, which I have made in this affirmation below, are true.

1. I am not presently employed.
2. I have not received any money from any of the following sources within the past twelve months:
   a. Business, profession or self-employed.
   b. Rent payments, interest or dividends.
   c. Pensions, annuities, disability, or life insurance payments.
   d. Gifts or inheritances
   e. Child supports.
   f. Government benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)
   g. Friends, relatives or any other source.
   I am currently being detained at the Buffalo Federal Detention Facility on Immigration charges, and have been so since September 5, 2006.
3. My monthly income is zero (0)
4. I am currently indigent of any funds.
5. I have no money in a **checking account.**
6. I have no money in a **savings account**.
7. I do not own any real estate, stocks, bonds, notes, automobiles, or other valuable property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 8, 2007.

_Junior M. Ricketts_  
Junior M. Ricketts  
A# 27-024-434  
PRO SE  
Buffalo Federal Detention Facility  
4250 Federal Drive  
Batavia, N.Y. 14020