```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

Junior M. Ricketts,
A# 27-024-434,

       Petitioner,

v.

Charles Mule, Facilities Director,
Buffalo Federal Detention Facility;
David Venturella, Director,
Post-Order Detention Unit,
Bureau of Immigration and Customs
Enforcement;
Peter J. Smith, District Director,
U.S. Citizenship and Immigration
Services;
Alberto Gonzales,
Attorney General of the United States,

       Respondents.    07-CV-0138 Sr

## NOTICE OF APPEARANCE

**TO: Clerk of the United States District Court
   for the Western District of New York**

You are hereby requested to enter my appearance as counsel for the respondents in the above-entitled action.

DATED: Buffalo, New York, May 7, 2007.

        TERRANCE P. FLYNN
        United States Attorney


      BY: /S/MARY E. FLEMING
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5700 ext. 867
        Mary.pat.fleming@USDOJ.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

Junior M. Ricketts,
A# 27-024-434,

                      Petitioner,

v.

Charles Mule, Facilities Director,
Buffalo Federal Detention Facility;
David Venturella, Director,
Post-Order Detention Unit,
Bureau of Immigration and Customs
Enforcement;
Peter J. Smith, District Director,
U.S. Citizenship and Immigration
Services;
Alberto Gonzales,
Attorney General of the United States,

                      Respondents.         07-CV-0138 Sr

---

## CERTIFICATE OF SERVICE

     I hereby certify that on May 8, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE (of Mary E. Fleming)** with the Clerk of the District Court using its CM/ECF system.

     I hereby certify that on May 8, 2007, I have mailed the foregoing **NOTICE OF APPEARANCE (of Mary E. Fleming)** by the United States Postal Service, to the following non-CM/ECF participant(s):

    1.   Junior M. Ricketts
        A27-024-434
        Buffalo Federal Detention Facility
        4250 Federal Drive
        Batavia, New York 14020

                                        /S/MARQUITTA R. WHITEHEAD
                                        Legal Assistant