U.S. Department of Homeland Security
Immigration and Customs Enforcement

File No: A27 024 434

Date: August 24, 2006

# FILE COPY

To any officer of the United States Immigration and Customs Enforcement:

RICKETTS, Junior
(Full name of alien)

who entered the United States at ___Unknown___ on ___Unknown___
(Place of entry)                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☐ an immigration judge in exclusion, deportation, or removal proceedings
- ☒ a district director or a district director's designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 241(a)(5)-Reinstatement of Prior Order

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: **"Salaries and Expenses Immigration and Customs Enforcement 2006," including the expense of an attendant if necessary.**

(Signature of ICE official)

William M. Cleary, Field Office Director/DRO
(Title of ICE official)

August 24, 2006, Buffalo, NY
(Date and office location)

UNDER DOCKET CONTROL BUF

Subject Ordered Removed to Jamaica

Form I-205 (Rev. 4-

**U.S. Immigration
and Customs
Enforcement**

Junior RICKETTS
C/O Buffalo Federal Detention Facility
A#27 024 434
4250 Federal Drive
Batavia, New York 14020

## Decision to Continue Detention
## Following File Review

This letter is to inform you that your custody status has been reviewed by the Department of Homeland Security (DHS) and that you will not be released from custody at this time.

This decision was based on a review of your file record and consideration of information you submitted to DHS' reviewing officials.

You are not being released because:

The record shows that you are a native and citizen of Jamaica who illegally reentered the United States with a fraudulently obtained US passport on or about February 2003 at New York City. You were issued an order to reinstate your removal order from April 03, 2000 on April 28, 2005. You filed with the 3rd District Court of Appeals and it was dismissed on April 16, 2007.

Due to your convictions for forgery, grand larceny, embezzlement, illicit transportation of minor with intent to engage in sexual act and intercourse without consent you are considered a threat to the community. Due to your uncooperativeness in assisting to obtain a travel document along with the fact that you reentered the US with a fraudulently obtained passport you are considered a major flight risk.

For the above-stated reason, it is therefore the decision of ICE that you should remain in custody at this time.

The DHS will conduct another review of your custody status in accordance with current regulations. It is in your best interest to maintain proper behavior while awaiting this review. If you have any questions please contact: <u>Deportation Officer Hester</u>

<u>Buffalo Federal Detention Facility, 4250 Federal Drive, Batavia, NY 14020</u>

William Cleary, Director DRO Field Office

6/6/07
Date

2

## PROOF OF SERVICE

**(1)** **Personal Service (Officer to complete both (a) and (b) below.)**

(a) I ___J. HESTER___ , ___DEPORTATION OFFICER___ ,
Name of DHS Officer                    Title

with a copy of

Certify that I served ___JUNIOR RICKETTS___
Name of detainee

this document at <u>Buffalo Federal Detention Facility</u> on ___6-7-07___ , at ___4:30 P___ VIA. INSTITUTION MAIL
Institution                                        Date              Time

(b) I certify that I served the custodian _____ ,
Name of Official

_____ , at _____ , on
Title                                    Institution

_____ with a copy of this document.
Date

## OR

**(2)** **Service by certified mail, return receipt. (Attach copy of receipt)**

I _____ , _____ , certify
Name of DHS Officer                    Title

that I served _____ and the custodian _____
Name of detainee                                        Name of Official

with a copy of this document by certified mail at _____ on _____ .
Institution                              Date

☐ CC: Attorney of Record or Designated Representative
☒ CC: A-File

3

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**   **Junior RICKETTS**

**AKA(s): Paul Milton Miles, Junior Nathaniel Ricketts and Junior M. Ricketts**

**Date of Birth:**   10/12/1965          **A Number:**   27 024 434

**Place of Birth:**   Jamaica          **Nationality:**   Jamaica

**Date of Last Arrival:** February 2003          **Place of Arrival:**   NYC/JFK

**Status at Last Entry:** False Claim          **Last Date into ICE Custody:**   09/05/06

**Entered ICE Custody from:**   ☒ **Local, State, or Federal Institution**
   **Institution Name/Location:** Hudson CF
   **BOP/ Institution Numbers:** DIN#04R4779
          NYSID# 55940224

   ☐ **Other:**

**Deportation Case Officer:**   Hester          **Review Date:** 05/31/07
   **Contact Phone #:**   ~~5812~~

**ICE Location Detained & DCO:** Buffalo Federal Detention Facility/Buffalo Field Office

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**   ☐   Section 237 (a)
              ☐   Section 212 (a)
              ☒   Section 241 (a) (5)

☒ Under <u>Final Order</u> dated: 04/28/2005 By ☐ IJ ☐ BIA ☒ Other: Reinstatement Order

☒ Appeal Waived/Appeal Time Elapsed

Habeas filed: ☒ Yes   ☐ No

Stay Issued in Case: ☐ Yes ☒ No

## Legal Representative / Attorney

**G-28 Filed:**   ☐ Yes   ☐ No

**Notification of Review Made:** ☐ No   ☐ Yes **By:**   fax
**Name of Representative / Attorney:**

**Mailing Address:**          **Telephone Number:**

**Present during interview:**   ☐ Yes ☒ No

4

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.))

ICE records indicate that the subject is a native and citizen of Jamaica who claims to have last entered the United States by false claiming to US citizenship on or about February 2003. Subject had been previously deported from the U.S. on April 03, 2000 via flight Air Jamaica #010. He attempted to obtain U.S. citizenship while in Jamaica through the embassy but was denied on 09/25/01.

RICKETTS was issued a reinstatement order (I-871) on April 28, 2005 by OI/ALB, which he refused to sign or be fingerprinted.

On 09/05/06, he was released into ICE/DRO custody and sent to Buffalo Federal Detention Facility to complete removal to Jamaica.

**NCIC Checks:**     ☒ Criminal History     ☐ No record Found
(State and Federal)

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

Convicted on 10/01/04 for forgery 2nd sentenced to 3-6 years, grand larceny sentenced to 2-4 years.

Convicted 01/09/95 for embezzlement sentenced to 90 months incarceration/3 years supervision.

Convicted 01/09/95 for illicit trans minor w/i engage sexual act sentenced to 90 months, 3 years supervision and $250 asmt.

Convicted on 07/07/87 for dev intrcrse w/o consent sentenced to 60 days and 3 years probation.

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

## Travel Document Status/History:

List aliens attempts to get travel documents and status (to include any actions alien has taken to *prevent* removal, and date of service of I-229(a) and Instruction Sheet to Detainee):

Subject has claimed to be a USC to consulate officials, which has prevented DRO from obtaining a valid travel document from the government of Jamaica.

List ICE's attempts to obtain a travel document and status:

Present packet forwarded to Jamaican consulate 09/05/06.
Interview by consulate scheduled for 10/13/06 at the facility
Interview canceled due to scheduling problems
Subject files with 3rd District 10/18/06
0n 11/06/06 consulate will not issue until issue with court resolved.
04/17/07 3rd District dismissed advised by AUSA Richards to move subject to Jamaica
DO Castro attempts to obtain travel document on 04/17/07 through Ms. Smart at consulate at first she states she will issue on subject
04/27/07 Ms. Smart advises will not issue at this time due to subjects claim to US citizenship.

# Officer Comments/Analysis & Recommendation

ICE records indicate that the subject is a native and citizen of Jamaica who claims to have last entered the United States by false claiming to US citizenship on or about February 2003. Subject had been previously deported from the U.S. on April 03, 2000 via flight Air Jamaica #010. He attempted to obtain U.S. citizenship while in Jamaica through the embassy but was denied on 09/25/01. RICKETTS was issued a reinstatement order (I-871) on April 28, 2005 by OI/ALB, which he refused to sign or be fingerprinted. On 09/05/06, he was released into ICE/DRO custody and sent to Buffalo Federal Detention Facility to complete removal to Jamaica.

Subject has been non-cooperative in efforts to obtain a travel document for his return to Jamaica. RICKETTS has a criminal history involving forgery ('04), grand larceny ('95), embezzlement ('95) and illicit transportation of a minor with intent to engage in sexual act ('95).

Ricketts is considered a major flight risk due to his history of obstructing in assisting with obtaining a travel document from the Jamaican government and obtaining a US passport by fraud which he used to reenter the country illegally. It is recommended that RICKETTS remain in custody pending his removal to Jamaica.

| Reviewing Officer #1 | Date: 05/31/07 |
| Name/Title: Juanita Hester | Signature: |

| Reviewing Officer #2 | Date: |
| Name/Title: | Signature: |

| Supervisory Reviewing Officer | Date: 6/4/07 |
| Name/Title: Tim Edgerton, SDDO | Signature: |

7

# DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐    CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☒    CONTINUE IN CUSTODY - REFER TO HQCDU

Comments:

FLIGHT RISK, AGG FELON

ICE Field Office:

Signature of Field Office Director: ████████████    Date: 6/6/07

Deciding Official Name:

*130 Delaware Avenue*
*Buffalo, NY 14202*

Mr. Junior RICKETTS
C/O Buffalo Federal Detention Facility
A#27 024 434
4250 Federal Drive
Batavia, NY 14020

Dear Mr. RICKETTS:

On December 21, 2000, regulations were promulgated governing aliens whose removal from the United States is not immediately possible. These regulations are codified in Chapter 8 Code of Federal Regulations, Section 241.4 and supercede the interim procedures that governed these cases prior to that date.

The responsibility for conducting all future reviews in your case will be maintained by the INS Headquarters Post-order Detention Unit (HQPDU). All inquiries regarding your present custodial status should be directed to the local INS office having jurisdiction over your present place of confinement and, in duplicate, to the following address:

Headquarters Post-Order Detention Unit
801 I Street, NW –Suite 800
Washington, D.C. 20536

The HQPDU will, at the earliest convenience, provide you with written notification regarding the specifics of your next review. It is in your best interest to maintain proper behavior while awaiting this action.

Sincerely,

William M. Cleary
Director, Buffalo Field Office
Buffalo, New York

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I    _J. HESTER_    ,    _DEPORTATION OFFICER_    ,
        Name of INS Officer                    Title

certify that I served    _JUNIOR RICKETTS_    with a copy of
                    Name of detainee

this document at    _OFDF_    on    _6-7-07_    , at    _4:30P VIA INSTITUTIONAL MAIL_
            Institution            Date        Time

(b)    I certify that I served the custodian    _____ ,
                            Name of Official

_____ , at    _____ , on
        Title                Institution

_____ with a copy of this document.
        Date

### OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I    _____ ,    _____ , certify
        Name of INS Officer            Title

that I served    _____ and the custodian    _____
            Name of detainee                Name of Official

with a copy of this document by certified mail at    _____ on    _____ .
                            Institution            Date

( ) CC: Attorney of Record or Designated Representative
(x) CC: A-File

(page 2 of 2)

10

| Name:<br>RICKETTS, Junior | District Office:<br>Buffalo | File #:<br>27 024 434 |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

    (A)    willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

    (B)    willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

    (C)    connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

    (D)    willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Naturalization Service may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*    Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to preve the alien's removal subject to an order of removal.

| Date Order Final:<br>April 22, 2005 | Ordered Removed under Section:<br>241 |
|---|---|

| **Record of Service**<br>(Check method used) | |
|---|---|
| **Record of Personal Service** | |
| (   ) | |
| Served By: (Print Name and Title of Officer)<br>Earl G. DeLong Deportation Officer | Date:<br><br>January 3, 2008 |
| Officer's Signature:<br>*Earl G. DeLong* | Location of Service:<br>BFDF |
| Served On: (Alien's Signature)<br>*M Ricketts* | Date:<br><br>January 3, 2008 |

| (    ) **Warning administered in Court**<br>(Copy of order attached) | **Record of Personal Service (Cont.)** |
|---|---|
| (    ) **Certified Mail Service** | Fingerprint of Alien  (Specify finger used) |
| **Attach certified mail receipts here.** | RT INDEX |

Form I-229(a)
(Revised 12/04/02)



# INSTRUCTION SHEET TO DETAINEE
# REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*Mandatory requirements will be checked off by the ICE officer depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

- ☑ Submit passports (current and expired) to the ICE. If you have a copy of your passport, you are to submit it.
- ☑ Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.
- ☑ Comply with all Instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.
- ☑ Submit to the ICE birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.
- ☑ Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.
- ☑ Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.
- ☑ You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.
- ☑ Provide ICE with written copies of requests to embassies or consulates requesting issuance of a travel document.
- ☑ Provide ICE with written copies of responses from embassies or consulates regarding your requests.
- ☐ Solicit permission from another country, which may be able to accept you, to enter that country to effect your removal from the United States.

Name: RICKETTS, Junior
A27 024 434



☑ **Other**: You may have the requested information faxed to the attn: D.O. DeLong @
(585) 345-1864.

Alien's Signature _____

Served by _____ on _1/3/08_ at _Buffalo Federal Detention Facility_.
Officer's Name                Date                    Location

(Rev. 10/24/02)

13



**U.S. Immigration
and Customs
Enforcement**

Consulate of Jamaica                                    JAN 8 – 2008
767 3rd Avenue.
New York, NY 10017

Re:  Ricketts, Junior Nathaniel
     A27 024 434

Dear Sir/Madam:

Enclosed herein is information relating to Junior Nathaniel Ricketts a native and citizen of
Jamaica.

For your information, Mr. Ricketts came into ICE custody on September 5, 2006. Mr. Ricketts
was previously removed on April 3, 2000 from the United States to Jamaica. Mr. Ricketts
then illegally re-enter the United States on an unknown date.

Immigration & Customs Enforcement respectfully requests the issuance of a travel document in
order to facilitate Mr. Ricketts's return to Jamaica.

Thank you for your assistance in this matter.  Please contact Deportation Officer Scott
Schrader at (585) 343-0814, ext. 5107, if you require additional information.

                              Sincerely,

                              Martin Herron
                              Facility Director

**Enclosures:**
I-217
Copy of Order
Copy of Notice to Appear
Copy Warrant of Deportation
Copy of Birth Certificate
Copy of Passport
Pictures
Fingerprints

# Notice of Intent/Decisio ﾆ Reinstate Prior Order

File No. A 27 024 434

Date: *April 22, 2000*

Name: RICKETTS, Junior Nathaniel     A/K/A     RICKETTS, Junior M.

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Attorney General intends to reinstate the order of **REMOVAL** entered against you. This intent is based on
(Deportation / exclusion / removal)
the following determinations:

1. You are an alien subject to a prior order of **REMOVAL** entered on **November 3, 1999** at
(Date)
**York, Pennsylvania.**
(Location)

2. You have been identified as an alien who:

   ☒ was removed on **April 3, 2000** pursuant to an order of **REMOVAL**.
   (Date)

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   (Date)
   after the date on which such order took effect. (i.e., who self-deported).

3. You illegally reentered the United States on or about *unknown* at or near *unknown*
   (Date)                                                     (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and is therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not have** a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* _English_ *language.*

Constantin Belyayev
(Printed or typed name of official)

(Signature of officer)

Special Agent
(Title of officer)

---

## Acknowledgement and Response

I ☑ do ☐ do not wish to make a statement contesting this determination.

*4/20/00*
(Date)

*Refused fingerprint*

*Refused*
(Signature of alien)

---

## Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made and submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

*28 APR 05*
(Date)

**Albany, New York**
(Location)

(Signature of authorized deciding INS official)

**John C. McQuade**
(Printed or typed name of official)

**Resident Agent in Charge**
(Title)

Form I-871 (Rev. 6-5-97)

15

**CONSULATE-GENERAL OF JAMAICA**
**NEW YORK**

**767** THIRD AVE.
New York, NY 10017



Tel: 212-935-9000
Fax: 212-935-7507

A27 024 434

Web: www.congenjamaica-ny.org

## PERSONAL DATA FOR IDENTIFICATION OF DETAINEES

| NAME OF APPLICANT | Junior | Nathaniel | Ricketts |
|---|---|---|---|
| | First Name | Middle Name(s) | Last Name |

DATE OF BIRTH     10   12   1955     PLACE OF BIRTH    Kingston
                  (MM/DD/YY)                           (Parish/Country)

MOTHER'S NAME     Keturah                    Campbell
                  First Name     Middle Name(s)     Maiden Name

PASSPORT NUMBER    565227    ISSUED IN _____    ON  06   24   1983
                                      (CITY)                 (MM/DD/YY)

NAME OF SCHOOL(S) ATTENDED _____

RETURN ADDRESS    27 Maiden Lane, Kingston, Jamaica, West Indies

NAME AND ADDRESS OF TWO (2) REFERENCES IN JAMAICA:

Photograph

(1) Name _____

Address _____

_____

Telephone #  (          ) _____

(2) Name _____

Address _____

_____

Telephone #  (          ) _____

SIGNATURE _____    DATE _____

16

| DATE PREPARED 08/25/2006 | INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT | FILE A 27 024 434 |
| --- | --- | --- |

**1. NAME**
Junior Nathaniel RICKETTS

**2. SEX**
MALE

**3. OTHER NAMES USED OR KNOWN BY**
PAUL MILTON MILES, JR. MOHAMMED RICKETTS

**4. CITIZENSHIP**
JAMAICA

**5. DATE OF BIRTH**
10/12/1955

**6. PLACE OF BIRTH**
KINGSTON, JAMAICA

**7. HEIGHT** 5ft 09in | **WEIGHT** 159 lbs | **EYES** BROWN | **HAIR** BLACK | **COMPLEXION** DARK | **MARKS OR SCARS** SCAR ON BACK

**8. NEAREST LARGE CITY TO PLACE OF BIRTH**
N/A

**9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY**
N/A

**10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.**
N/A

**11. NAMES: LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS**

**12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED.**

**13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP** *(Show dates of residence)*
27 MAIDEN LANE; KINGSTON, JAMAICA, WEST INDIES

**14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE** *(show dates of residence, and immigration status there)*
1610 ST. JOHN'S PLACE; APARTMENT #4-C; BROOKLYN, NEW YORK 11233

**15. PLACE OF ENTRY INTO UNITED STATES**
AN UNKNOWN PLACE

**DATE OF ENTRY INTO UNITED STATES**

**16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.**
PASSPORT 565227 ISSUED 6/24/83. VALID TO 6/23/1993. PREVIOUS PASSPORT #114877 ISSUED IN APRIL 1980. BIRTH CERTIFICATE AA4608

**17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY:** ☒ YES ☐ NO. DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☐ NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.
PASSPORT

**18. FATHER'S NAME**
DAVID RICKETTS

**DATE OF BIRTH**

**PLACE OF BIRTH**
JAMAICA; WEST INDIES

**PRESENT ADDRESS**
DECEASED

**19. MOTHER'S MAIDEN NAME**
KETURAH CAMPBELL

**DATE OF BIRTH**

**PLACE OF BIRTH**
ST. ANN, JAMAICA

**PRESENT ADDRESS**
DECEASED

**20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD**

**21. PREVIOUSLY** ☐ EXCLUDED ☐ DEPORTED ☒ REQUIRED TO DEPART FROM THE UNITED STATES
ON 04/03/2000 VIA NYC/JKF TO JAMAICA
  *(Date)*     *(Port)*            *(Country)*

**22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN:** ☐ YES ☒ NO. IF SO, GIVE DATES AND PLACES
N/A

**23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE**
SUBJECT IS NOT MARRIED.

**24. NAME, AGES AND ADDRESSES OF ALL CHILDREN**
SUBJECT HAS NO CHILDREN.

**25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL**
N/A

In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A27 024 434

In the Matter of:

Respondent: Junior Nathaniel     RICKETTS          AKA: Junior Mohammed RICKETTS;  Paul Milton MILES
INMATE# 32256-054  PRD 4/25/99
FCI ALLENWOOD, P.O. BOX 1500                                              PA      17887          (570) 547-7950
WHITE DEER                                        (Number, street, city, state and ZIP code)                              (Area code and phone num

☐  1. You are an arriving alien.
☐  2. You are an alien present in the United States who has not been admitted or paroled.
☒  3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

COPY

SEE CONTINUATION PAGE

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

SEE CONTINUATION PAGE

☐  This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecuti

☐  Section 235(b)(1) order was vacated pursuant to:   ☐  8 CFR 208.30(f)(2)      ☐  8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:  IMMIGRATION
COURT, 3434 CONCORD ROAD, YORK, PA 17402
                                                         (Complete Address of Immigration Court, including Room Number, if any)
on _____ TO BE SET _____ at _____ TO BE SET _____ to show why you should not be removed from the United States based o
              (Date)                              (Time)
charge(s) set forth above.
                                                                    Acting          IHP DIRECTOR
                                                                              (Signature and Title of Issuing Officer)

Date:   MAR 2 6 1999                                            ALLENWOOD, PA
                                                                              (City and State)

**See reverse for important information**

| Alien's Name  Junior Nathaniel RICKETTS AKA: Junior Mohammed RICKETTS; Paul Milton MILES | File Number A27 024 434 | Date MAR 2 6 1998 |
| --- | --- | --- |

THE SERVICE ALLEGES THAT YOU:

You are not a Citizen or Native of the United States;

You are a Native of Jamaica and a Citizen of Jamaica;

You entered the United States at or near Washington, DC on December 27, 1982 as a Nonimmigrant Visitor with authorization to remain in the United States for a temporary period not to exceed Six months;

You remained in the United States beyond June 27, 1983 without authorization from the Immigration and Naturalization Service;

You were, on January 9, 1995, convicted in the United States District Court, Southern District of New York for the offenses of embezzlement of funds from a federally funded local Government Agency, in violation of Title 18, United States Code, Section 666(a)(1)(A), Illegal entry and harboring of aliens in the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(D), Fraud and misuse of an alien registration card, in violation of Title 18, United States Code, Section 1546, and illicit transportation of a minor with intent to engage in sexual activity, in violation of Title 18, United States Code, Section 2423.

ON THE BASIS OF THE FOREGOING, IT IS CHARGED THAT YOU ARE SUBJECT TO REMOVAL FROM THE UNITED STATES PURSUANT TO THE FOLLOWING PROVISION(S) OF LAW:

Section 237(a)(1)(A) of the Immigration and Nationality Act (Act), as amended, in that at the time of entry or adjustment of status, you were within one or more of the classes of aliens inadmissible by the law existing at such time, to wit: alien immigrants who are not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document required by the Act, or who are not in possession of a valid unexpired passport, or other suitable travel document, or identity and nationality document if such document is required by regulations issued by the Attorney General under section 212(a)(7)(A)(i)(I).

Section 237(a)(1)(B) of the of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under section 101(a)(15) of the Act you have remained in the United States for a time longer than permitted.

Section 237(a)(2)(A)(iii) of the of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43) of the Act.

Section 237(a)(3)(D) of the Immigration and Nationality Act (Act), as amended, in that you are an alien who has falsely represented yourself to be a citizen of the United States for any purpose or benefit under this Act (including Section 274A) or a Federal or State law.

| Signature | Title Acting IHP DIRECTOR |
| --- | --- |

*U.S. GPO: 1992-342-483/72348

Form I-831 Continuation Page (Rev. 6/12/92)

# Additional Charges of Inadmissibility/Deportability

In:  ☒ Removal proceedings under section 240 of the Immigration and Nationality Act

☐ Deportation proceedings commenced prior to April 1, 1997 under former section 242 of the Immigration and Nationality Act

**In the Matter of:**

Alien/Respondent:  RICKETTS, Junior

File No.: A27 024 434  Address:  Snyder County Prison, 600 Old Colony Road, Selinsgrove, PA 17870

There is lodged against you the additional charge that you are subject to being taken into custody and deported or removed from the United States pursuant to the following provision(s) of law:

In support of the the additional charges above there is submitted the following factual allegation(s) ☒ in addition to ☐ in lieu of the allegations set forth in the original charging document

6.     You have in the past and are currently falsely claiming to be a United States citizen in order to avoid deportation.

Dated:  6/8/99

_____
(Signature of Service Counsel)



In the Matter of:

Ricketts, Junio A.

AKA Miles, Paul M.                RESPONDENT

Case No.: A 27- 024 - 434

Docket: York, Pa

IN DEPORTATION PROCEEDINGS

Removal

## ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on _____
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed, the Oral Decision will become the official decision in this matter.

[X] The respondent was ordered deported to Jamaica _____

[ ] Respondent's application for voluntary departure was denied and respondent was ordered deported to _____ or in the alternative to_____

[ ] Respondent's application for voluntary departure was granted until _____, with an alternate order of deportation to _____ or _____

[ ] Respondent's application for asylum was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for withholding of deportation was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for suspension of deportation was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for waiver under Section _____ of the Immigration and Nationality Act was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Respondent's application for _____ was ( )granted ( )denied ( )withdrawn ( )other.

[ ] Proceedings were terminated.

[ ] The application for adjustment of status under Section (216) (216A) (245) (249) was ( )granted ( )denied ( )withdrawn ( )other. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.

[ ] Respondent's status was rescinded under Section 246.

[X] Other Claim to US citizenship not proven.

[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.

_____
Immigration Judge

Date: 11-3-99

Appeal: RESERVED/WAIVED (A) I/B )  December 3, 1999



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5201 Leesburg Pike, Suite 1300*
*Falls Church, Virginia 22041*

RICKETTS, JUNIOR NATHANIEL
600 OLD COLONY ROAD
SELINSGROVE, PA 17870-0000

INS LIT./York Co. Prison/YOR
3400 Concord Road
York, PA 17402

COPY

Name: **RICKETTS, JUNIO NATHANIEL**

A27-024-434

Date of this notice: 03/08/2000

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Very Truly Yours,

*Paul W. Schmidt*

Paul W. Schmidt
Chairman

Enclosure

Panel Members:
    JONES, PHILEMINA M.
    THOMAS, ELLEN K.
    VACCA, FRED W.

RECEIVED
DEPARTMENT OF JUSTICE
2000 MAR 13 A 11
INS LIT.-PHI/YORK

ANDREWSD

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File: A27 024 434 - York

Date: **MAR - 8 2000**

In re: JUNIOR NATHANIEL <u>RICKETTS</u> a.k.a. Junior Mohammed Ricketts, a.k.a. Paul Milton Miles

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:    Pro se

ON BEHALF OF SERVICE:    Jeffrey T. Bubier
Assistant District Counsel

CHARGE:

Notice: Sec.    237(a)(1)(A), I&N Act [8 U.S.C. § 1227(a)(1)(A)] -
Inadmissible at the time of entry or adjustment of status
under section 212(a)(7)(A)(i)(I), I&N Act [8 U.S.C.
§ 1182(a)(7)(A)(i)(I)] - Immigrant - no valid immigrant
visa or entry document

Sec.    237(a)(1)(B), I&N Act [8 U.S.C. § 1227(a)(1)(B)] -
In the United States in violation of law

Sec.    237(a)(2)(A)(iii), I&N Act [8 U.S.C. § 1227(a)(2)(A)(iii)] -
Convicted of aggravated felony

Sec.    237(a)(3)(D), I&N Act [8 U.S.C. § 1227(a)(3)(D)] -
False claim of United States citizenship

APPLICATION: Termination

The respondent's appeal of the Immigration Judge's decision finding him to be a citizen and national of Jamaica and ordering him removed from the United States will be dismissed.

The respondent in this case asserts that the Immigration Judge erred in finding that he is a citizen and national of Jamaica. The respondent maintains that he was born in the United States on August 31, 1964. As such, the respondent claims that he is a United States citizen. The respondent also

argues that the Immigration Judge abused his discretion in admitting certain documents into the record of proceedings obtained in violation of his rights under the Fourth and Fifth amendments of the United States Constitution.

The respondent was convicted on January 9, 1995, of illegal entry and harboring aliens in the United States in violation of 8 U.S.C. § 1324(a)(1)(D). The respondent was also convicted of embezzlement of funds from a federally funded government agency, fraud and misuse of an alien registration card, and illicit transportation of a minor with the intent to engage in sexual activity, in violation of 8 U.S.C. §§ 666(a)(1)(A), 1546, and 2423. As a result of these convictions the Immigration and Naturalization Service served the respondent with a Notice to Appear (Form I-862) and charged him with deportability under sections 237(a)(1)(A), 237(a)(1)(B), 237(a)(2)(A)(iii), and 237(a)(3)(D), of the Immigration and Nationality Act, 8 U.S.C. §§ 1227(a)(1)(A), 1227(a)(1)(B), 1227(a)(2)(A)(iii) and 1227(a)(3)(D). We note that the respondent does not contest the allegations that he was convicted or that the convictions are deportable offenses, instead, the respondent contests the Service's allegation that he is an alien.

The respondent in this case maintains that he was born Paul Milton Miles, son of Lizzie Mae Page and Robert Miles, in Brooklyn, New York. In support of this contention the respondent provided a copy of a birth certificate, United States passport, drivers license, credit report, educational records, and name change petition. The Immigration and Naturalization Service disputes the respondent's citizenship claim and charges that he is, in fact, a native and citizen of Jamaica. The Service asserts that while working for the New York City Human Resources Administration the respondent illegally obtained the records of the real "Paul Milton Miles," a United States citizen, and assumed his identity. The Service presented the testimony of Gary Hittelman, a retired Service Special Agent, and Gerard Hoey, Deputy Inspector General of the New York City Department of Investigation in support of their claim. Citing the respondent's lack of credibility, the Immigration Judge found that the respondent was not a United States citizen. The Immigration Judge, instead, concluded that the respondent was a native and citizen of Jamaica, and ordered him removed from the United States.

Neither the Immigration Judge nor this Board have the authority to deport a United States citizen. See Trop v. Dulles, 356 U.S. 86 (1957); Matter of Fuentes, 21 I&N Dec. 893, 898-99 (BIA 1997). Nevertheless, we concur with the Immigration Judge's conclusion finding that the respondent's claims to United States citizenship lack credibility (I.J. at 7). The respondent in this case presented inconsistent evidence in support of his claim to citizenship. For example, the respondent presented evidence that he legally changed his name from "Paul Milton Miles" to "Junior Mohammed Ricketts" in 1984. When confronted by the Service with the fact that the name "Junior Nathaniel Ricketts" appeared on a Jamaican passport found in his apartment the respondent testified that the passport had been obtained for him in 1984 by a Jamaican man named Junior Ricketts (Tr. at 187).

2

We find that the above discrepancy, along with many others detailed by the Immigration Judge in his written decision, provide specific and cogent reasons to support the Immigration Judge's conclusion that the respondent's claim lacks credibility. We note that a convincing explanation for these discrepancies has not been supplied by the respondent. Consequently, we will accord deference to the Immigration Judge's findings concerning the respondent's lack of credibility in this case. See Matter of A-S-, 21 I&N Dec. 1106 (BIA 1998).

Alternatively, we note that the Service has provided ample credible evidence showing the respondent to be a native and citizen of Jamaica. As noted above the Service provided a copy of the respondent's Jamaican passport, bearing his picture and signature. The Service also included copies of numerous arrival departure records (Form I-94) for a Junior Nathaniel Ricketts bearing the same identification number contained in his Jamaican passport. In light of the overwhelming evidence contained in the record we will affirm the Immigration Judge's decision in this case and find that the respondent is a native and citizen of Jamaica.

We reject the respondent's motion to suppress. Absent a showing of widespread abuse or an egregious violation that transgresses notions of fundamental fairness, an alien in immigration proceedings cannot suppress evidence assertedly procured in violation of his rights under the United States Constitution. See INS v. Lopez-Mendoza, 468 U.S. 1032 (1984). A motion to suppress must provide specific details of the Constitutional violation. See Matter of Barcenas, 19 I&N Dec. 609 (BIA 1988). In this case there is little evidence to support the respondent's assertions that the documentary evidence was procured in violation of his Constitutional rights. As such, we deny the respondent's motion to suppress. Accordingly, the following order shall be entered.

ORDER: The respondent's appeal is dismissed.

_____
FOR THE BOARD

3





RICCERS

STATE USAGE

SUBMISSION  
NFF SECOND

STATE USAGE

APPROXIMATE CLASS ☐  AMPUTATION ☐  SCAR ☐

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Ricketts, Junior

SIGNATURE OF PERSON FINGERPRINTED

Junior Ricketts

ALIAS/AKA/MAIDEN  
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

Miles, Paul Milton

SOCIAL SECURITY NO.  
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

FBI NO.  
624675EA7

STATE IDENTIFICATION NO.  
SS940224

DATE OF BIRTH  MM 8 / DD 31 / YY 64

SEX  M

RACE

HEIGHT  5'11"

WEIGHT  159

EYES  BRN

HAIR  BlK

1. R. THUMB

2. R. INDEX

3. R. MIDDLE

4. R. RING

5. R. LITTLE

6. L. THUMB

7. L. INDEX

8. L. MIDDLE

9. L. RING

10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB

R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

28









COUNTRIES FOR WHICH THIS PASSPORT IS VALID
PAYS POUR LESQUELS CE PASSEPORT EST VALABLE
PAISES PARA LOS CUALES ESTE PASAPORTE ES VALIDO

"Valid for all parts of the Commonwealth and for all foreign countries."

The validity of this passport expires :
Ce passeport expire le :
La validez de este pasaporte termina en :

9th April 1990

Issued at
Délivré à
Expedido en

PASSPORT OFFICE
10 APR 1980

Date
Date
Fecha

OBSERVATIONS

CANCELLED





The Minister of Foreign Affairs requests and requires in the name of the Government of Jamaica all those whom it may concern to allow the bearer to pass freely, without let or hindrance, and to afford the bearer such assistance and protection as may be necessary.

This P...
Ce P...
Esta...

No. of pa...
No. du passeport
No. del pasaporte

Name of bearer
Nom du titulaire
Nombre del titular

and by
et de
y de

children
enfants
niños

Nationality status
Nationalité
Nacionalidad

Citizen of Jamaica and Commonwealth Citizen

COUNTRIES FOR WHICH THIS PASSPORT IS VALID
PAYS POUR LESQUELS CE PASSEPORT EST VALABLE
PAISES PARA LOS CUALES ESTE PASAPORTE ES VALIDO

"Valid for all parts of the Commonwealth and for all foreign countries."

The validity of this passport expires :
Ce passeport expire le :
La validez de este pasaporte termina el :

23rd June 1993

Jamaican Consulate General
24 JUN 1983
NEW YORK, U.S.A.

Issued at
Délivré à
Expedido en

Date
Date
Fecha

OBSERVATIONS

Bearer previously travelled on ..... Jam

............. Passport No. 11487.7

dated 10.4.80. Issued at .... Jam

valid until .9.4.90. which has been.........

Cancelled + retained



OUT OF MANY, ONE PEOPLE

*The Minister of Foreign Affairs requests and requires in the name of the Government of Jamaica all those whom it may concern to allow the bearer to pass freely without let or hindrance, and to afford the bearer such assistance and protection as may be necessary.*

565227

This Passport contains 48 pages
Ce Passeport contient 48 pages
Este Pasaporte contiene 48 páginas

# PASSPORT
# PASSEPORT
# PASAPORTE
# JAMAICA

No. of passport
No. du passeport      565227
No. del pasaporte

Name of bearer
Nom du titulaire      *Mr. Junior*
Nombre del titular    *Nathaniel* RICKETTS

Accompanied by his wife.
(Maiden Name)
Accompagné de sa femme
(Née)
Acompañada de su esposa
(Apellido de soltera)

and by          children
et de           enfants
y de            niños

National status          Nationalité          Nacionalidad

Citizen of Jamaica and Commonwealth Citizen.

## DESCRIPTION – SIGNALEMENT – SEÑAS PERSONALES

| | Bearer – Titulaire – Titular | Wife – Femme – Esposa |
|---|---|---|
| Profession / Profession / Profesión | Student | |
| Place and date of birth / Lieu et date de naissance / Lugar y fecha de nacimiento | Kingston JAMAICA 12R October 1965 | |
| Country of Residence / Pays de Résidence / País de Residencia | JAMAICA | |
| Height / Taille / Estatura | 5 ft. 9 in.s mtr. cms. | ft. in. mtr. cms. |
| Colour of eyes / Couleur des yeux / Color de los ojos | Brown | |
| Colour of hair / Couleur des cheveux / Color de los cabellos | Black | |
| Special peculiarities / Signes particuliers / Señas particulares | | |

### CHILDREN – ENFANTS – NIÑOS

| Name – Nom – Nombre | Date of Birth – Date de naissance / Fecha de nacimiento | Sex – Sexe – Sexo |
|---|---|---|
| | | |

| | |
|---|---|
| Usual Signature of Be / Signature du Titulaire / Firma del Titular | *Junior Ricketts* |
| Usual Signature of W / Signature de sa Femme / Firma de su Esposa | |

Bearer
Titulaire
Titular

FORM A

(Section 11)

# BIRTH REGISTRATION FORM

1. BIRTH IN THE DISTRICT OF __KINGSTON__

2. PARISH __KINGSTON__          3. NO. __AA__          __4608__

*Do not write in this margin*

| FATHER | USUAL RESIDENCE OF MOTHER |
|---|---|
| 4. Place of Birth ... VICTORIA JUBILEE LYING IN HOSPITAL | 13. (a) Residence ... 27 Maiden Lane |
| 5. Date of Birth ... Twelfth October 1965 | (b) Town or Village ... |
| 6. Sex ... Male | (c) Parish ... Kingston |
| 7. Name of Child ... | |
| 8. Physician or registered midwife in attendance ... N. Kathuson C N | 14. No. of Children previously born to mother (a) Alive ... (b) Still-born ... nil |

| FATHER | MOTHER |
|---|---|
| 9. Name and Surname ... | 16. Name and Maiden Surname ... Ketnarh Campbell |
| 10. Age at time of birth ......... years | 15. Age at time of birth ... 39 years |
| 11. Occupation ... | 17. Occupation ... nil |
| 12. Birthplace ... | 18. Birthplace ... St. Ann |

INFORMANT

19. Name and Surname ...

20. Qualification ...

21. (a) Residence ...

(b) Town or Village ...

(c) Parish ...

REGISTRAR'S CERTIFICATE

22. (a) Signed in my presence by the said informant:
(or)
(b) Entered by me from the particulars on a Certificate received from
    M Lewes Dalg
    for Chief Redent Officer

23. Witness ...

24. Date ... Fifteenth October 1965

25. (Signed) M Smart
Deputy Registrar

(7) NAME IF ADDED AFTER REGISTRATION OF BIRTH

26. Name ... Junior Nathaniel Ricketts    Date added ... Eighth December 1965
Authority ... Certificate of Naming

**U.S. Department of Justice**
Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No:  A27 024 434

Date:  November 03, 1999

**To any officer of the United States Immigration and Naturalization Service:**

Junior                                          RICKETTS
(Full name of alien)

who entered the United States at _____ New York, Yew York _____ on _____ December 27, 1982 _____
(Place of entry)                                                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☒ an immigration judge in exclusion, deportation or removal proceedings

☐ a district director or a district director's designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 237(a)(1)(A), 237(a)(1)(B,) 237(a)(2)(A)(iii), 237(a)(3)(D) of the Act.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

the appropriation "Salaries & Expenses, Immigration and Naturalization Service, 2000", including the expenses of an attendant if necessary.

M. Frances Holmes
(Signature of INS official)

Acting District Director
(Title of INS official)

November 03, 1999 / Philadelphia, PA
(Date and office location)

Form I-205 (Rev. 4-1-97) N

RIB

**To be completed by Service officer executing the warrant:**

**Name of alien being removed:**

Junior                                     RICKETTS

Port, date, and manner of removal: _JFK; 04/03/2000 ; Air Jamaica FLT# O10_
                                                    April 03, 2000



Photograph of alien
removed



Right index fingerprint
of alien removed

Junior Ma. Ricketts
(Signature of alien being fingerprinted)

Douglas Sabins DEO
(Signature and title of INS official taking print)

Departure witnessed by: _Douglas Sabins   DEO_
                                          (Signature and title of INS official)

**If actual departure is not witnessed, fully identify source or means of verification of departure:**

_____
_____
_____
_____

**If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.** ☐

**Departure Verified by:** _____
                                          (Signature and title of INS official)

Form I-205 (Rev. 4-1-97) N

**U.S. Department of Justice**
Immigration and Naturalization Service

# Warning to Alien Ordered Removed or Deported

File No: A27 024 434

Date: November 11, 1999

Junior
Alien's full name: RICKETTS

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☒ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

Douglas Sebro (Signature of officer serving warning)    DEO (Title of Officer)    Ollenwood, Fla (Location of INS office)

4/3/2000

Form I-294 (Rev. 6-1-97)N

41

A-NUM: 027024434                    LAST NAME: RICKETTS
NATLTY: JAMAI                       FIRST NAME: JUNIOR NATHANIEL

COMMENT 1: CENF: 03/07/07 3RD CIRCUIT STILL PENDING
           CENF: 04/17/07 RECEIVED E:MAIL FROM AUSA RICHARDS

COMMENT 2: CENF: ADVISING OF 3RD CIRCUIT DISMISSAL/JH


COMMENT 3: CENF:04/17/07 RECIEVED FILE FROM JPH DOCKET STATING THAT
           APPEAL HAS BEEN DISMISSED. CONTACTED JAMAICAN CONSULATE.

COMMENT 4: THEY STATED THAT HE IS CLEARED AND A TD WILL BE ISSUED.
           TRYING TO SET UP FOR REMOVAL VIA JPATS ON 04/23/07.



HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

         A-NUM: 027024434              LAST NAME: RICKETTS
         NATLTY: JAMAI                 FIRST NAME: JUNIOR NATHANIEL

COMMENT 1: CENF: 04/27/07 JAMAICAN CONSULATE STATED THAT THEY WILL
           NOT ISSUE TRAVEL DOCUMENT AT THIS TIME.  STATED THAT THEY

COMMENT 2: ARE INVESTIGATING SUBJECT'S NATIONALITY. FILE RETURNED TO
           DOCKET.

COMMENT 3: CENF:04/27/07 ISSUED POCR LETTER FOR REVIEW/JH
           CENF:05/31/07 POCR COMPLETED AND FORWARDED FOR REVIEW

COMMENT 4: CENF:10/05/07 HABEAS STILL PENDING (1:07CV00138).


HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

A-NUM: 027024434                    LAST NAME: RICKETTS
NATLTY: JAMAI                       FIRST NAME: JUNIOR NATHANIEL

COMMENT 1: CENF: 11/05/07 HABEAS STILL PENDING.

COMMENT 2: CENF: 12/26/07 HABEAS STILL PENDING. SENT E-MAIL TO AUSA TO
           DETERMINE IF WE CAN EFFECT REMOVAL.

COMMENT 3: CENF: 01/02/08 PER MARY PAT FLEMING (USANYW) STATES THERE
           IS NO STAY OF DEPORTATION IN PLACE & SUBJECT CAN BE REMOVED.

COMMENT 4: CENF: 1/03/08 SERVED I229A

HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

A-NUM: 027024434                    LAST NAME: RICKETTS
NATLTY: JAMAI                       FIRST NAME: JUNIOR NATHANIEL

COMMENT 1: CENF: 1/9/08 PRESENT RESENT TO CONSULATE

COMMENT 2:

COMMENT 3:

COMMENT 4:

HIT PF1 OR PF2 TO SEE MORE INFORMATION
HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
LAST PAGE DISPLAYED

 

# General Docket
## US Court of Appeals for the Third Circuit


Court of Appeals Docket #: 06-4612                          Filed: 10/30/06
Nsuit:     0
Ricketts v. Atty Gen USA
Appeal from: Immigration & Naturalization Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0090-1 : A27 024 434
    Date Filed: **/**/**
    Date order/judgment: 3/8/00
    Date NOA filed: **/**/**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: In Forma Pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   None
Current cases:
   None


Docket as of January 10, 2008 6:06 pm                     Page 1




06-4612   Ricketts v. Atty Gen USA

JUNIOR M. RICKETTSA#27-024-434       Junior M. RickettsA#27-024-434
    Petitioner                    [NTC pro]
                                     Buffalo Federal Detention
                                     Facility
                                     4250 Federal Drive
                                     Batavia, NY 14020


   v.


ATTY GEN USA                         Edward J. Duffy
    Respondent                    FAX 202-616-9777
                                     202-353-7728
                                     [COR NTC gvt]
                                     United States Department of
                                     Justice
                                     Office of Immigration
                                     Litigation
                                     P.O. Box 878
                                     Ben Franklin Station

Washington, DC 20044

Docket as of January 10, 2008 6:06 pm                    Page 2


06-4612  Ricketts v. Atty Gen USA

JUNIOR M. RICKETTSA#27-024-434

                Petitioner

      v.

ATTY GEN USA

                Respondent

Docket as of January 10, 2008 6:06 pm                    Page 3


06-4612  Ricketts v. Atty Gen USA

10/30/06          Agency Case Docketed. Petition (rev) filed by Junior M.
                  Ricketts. Service made on 10/30/06. (cmh)

10/30/06          MOTION by Petitioner Junior M. Ricketts to stay removal,
                  filed. Answer due 11/02/06. Certificate of dated 10/18/06.
                  (cmh)

10/30/06          MOTION by Petitioner Junior M. Ricketts to proceed in forma
                  pauperis, filed. Answer due 11/02/06. Certificate of
                  Service dated 10/18/06. (cmh)

10/30/06          ORDER (Clerk) granting Petitioner's motion to proceed in
                  forma pauperis, filed. (cmh)

10/30/06          Order (Clerk) The above-captioned petition for review was
                  filed on October 30, 2006. Petitioner seeks review of hte
                  reinstatement of a March 8, 2000 order issued by the Board
                  of Immigration Appeals dismissing an appeal. The parties
                  are hereby ORDERED to address this Court's authority over
                  the petition. ZZ_See 8 U.S.C. section 1252(b)(1)(petition
                  for review must be filed no later than 30 days after the
                  date of final order of removal). Written responses shall be
                  filed and served within fourteen (14) days of the date of
                  this order, filed. (cmh)

11/13/06          RESPONSE filed by Petitioner Junior M. Ricketts pursuant to
                  the LD Order of 10/30/06. Certificate of Service dated
                  11/8/06. (mc)

11/21/06          APPEARANCE from Attorney Edward J. Duffy on behalf of
                  Respondent Atty Gen USA, filed. (cmh)

11/27/06          ADMINISTRATIVE RECORD received on CD. (psd)

11/27/06          MOTION by Respondent Attorney General to dismiss appeal,
                  which includes a response in opposition to the motion to
                  stay removal, filed. Answer due 12/4/06. Certificate of
                  Service dated 11/21/06. (mc)

12/4/06           RESPONSE filed by Petitioner Junior M. Ricketts in
                  opposition to motion to dismiss appeal. Certificate of
                  Service dated 11/28/06. (mc)

4/16/07           ORDER (McKee, Authoring Judge, Fuentes and Roth, Circuit
                  Judges) granting Respondent's motion to dismiss. The time
                  period for filing a petition for review is an emphatic time
                  prescription that is not subject to equitable tolling, and
                  our duty to dismiss untimely claims is mandatory where the
                  Attorney General objects on the basis of untimeliness.
                  ZZ_See ZZ_Stone ZZ_v. ZZ_Immigration ZZ_& ZZ_Naturalization
                  ZZ_Serv., 514 U.S. 386, 405 (1995), as modified by
                  ZZ_Eberhart ZZ_v. ZZ_United ZZ_States, 126 S. Ct. 403,
                  406-07 (U.S. 2005) (per curiam). The motion for stay of
                  removal is denied as moot, filed. BLD-62 (cmh)

Docket as of January 10, 2008 6:06 pm                    Page 4

06-4612   Ricketts v. Atty Gen USA

4/16/07           Certified copy of Order sent to agency. (cmh)

4/30/07           NONCOMPLIANCE LETTER requesting compliance for motion for
                  leave to file exhibits with petition for rehearing en banc
                  submitted by Junior M. Ricketts. Response due in 14 days.
                  (cmh)

5/9/07            COMPLIANCE RECEIVED (cmh)

5/9/07            MOTION by Petitioner Junior M. Ricketts for leave to file
                  exhibits to petition for rehearing, filed. Answer due
                  05/21/07. Certificate of Service dated 5/4/07. (cmh)

1/8/08            ORDER (McKee, Authoring Circuit Judge) granting motion to
                  file exhibits to rehearing by Petitioner Junior M.
                  Ricketts, filed. (smw)

1/8/08            PETITION by Petitioner for rehearing en banc, filed.
                  Certificate of service dated 4/22/07. (cmh)

Docket as of January 10, 2008 6:06 pm                    Page 5