```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
```

Junior M. Ricketts,
A# 27-024-434,

                Petitioner,

v.                                            07-CV-0138-Sr

Charles Mule, Facilities Director,
Buffalo Federal Detention Facility;
David Venturella, Director,
Post-Order Detention Unit,
Bureau of Immigration and Customs
Enforcement;
Peter J. Smith, District Director,
U.S. Citizenship and Immigration
Services;
Alberto Gonzales,
Attorney General of the United States,

                Respondents.

## **NOTICE OF APPEARANCE**

**TO: Clerk of the United States District Court
for the Western District of New York**

You are hereby requested to enter my appearance as counsel for the respondents in the above-entitled action.

DATED: Buffalo, New York, January 28, 2008.

                              TERRANCE P. FLYNN
                              United States Attorney


                    BY:   s/Gail Y. Mitchell
                            GAIL Y. MITCHELL
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            (716) 843-5700 ext. 833
                            gail.mitchell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

Junior M. Ricketts,
A# 27-024-434,

                Petitioner,

v.

Charles Mule, Facilities Director,
Buffalo Federal Detention Facility;      07-CV-0138-Sr
David Venturella, Director,
Post-Order Detention Unit,
Bureau of Immigration and Customs
Enforcement;
Peter J. Smith, District Director,
U.S. Citizenship and Immigration
Services;
Alberto Gonzales,
Attorney General of the United States,

                Respondents.

---

## CERTIFICATE OF SERVICE

    I hereby certify that on January 28, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE (of Gail Y. Mitchell)** with the Clerk of the District Court using its CM/ECF system.

    I hereby certify that on January 28, 2008, I have mailed the foregoing **NOTICE OF APPEARANCE (of Gail Y. Mitchell)** by the United States Postal Service, to the following non-CM/ECF participant(s):

1. Junior M. Ricketts
   A27-024-434
   Buffalo Federal Detention Facility
   4250 Federal Drive
   Batavia, New York 14020

                                      s/Diane E. Carlsen
                                      DIANE E. CARLSEN
                                      Legal Assistant