# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICKETTS | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 07-CV-138Sr |
| v. | |
| MULE, et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Motion for Summary Judgment is Denied; that the Petition is Denied and that any appeal would not be taken in good faith and therefore leave to appeal as a poor person is denied.


Date: January 14, 2009           RODNEY C. EARLY, CLERK


                                 By: s/Suzanne Grunzweig
                                     Deputy Clerk