UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Junior M. RICKETTS
A# 27-024-434,

    Petitioner-Plaintiff,

    V.

Charles MULE, Facilities Director;
Buffalo Federal Detention Facility, et al.,

    Respondents-Defendants.

**NOTICE OF APPEAL**

07-CV-0138(SR)

FILED JAN 21 2009
RODNEY C. EARLY, CLERK
WESTERN DISTRICT OF NY

Notice is hereby given that Junior M. Ricketts, the petitioner, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from all of the decision of this Court entered on January 13, 2009, by United States Magistrate Judge H. Kenneth Schroeder, Jr.

Dated January 16, 2009.

                Junior M. Ricketts
                Pro Se
                Buffalo Federal Detention Facility
                4250 Federal Drive
                Batavia, New York 14020